IN UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-50235
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

HASHIM A. MUHAMMAD, also known
as James Johnson,

Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
For the Western District of Texas
USDC No. A-96-CR-80-ALL
- - - - - - - - - - -
December 12, 1997
Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Counsel for Hashim A. Muhammad has filed a brief as required by Anders v. California, 386 U.S. 738 (1967), alleging that there are no meritorious issues for appeal. Our independent review of the brief and record discloses no nonfrivolous issue. Accordingly, Muhammad's motion for appointment of new counsel is denied, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.